# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Tony Dejuan Jackson, | Case No. 22-cv-3074 (KMM/DLM) |
| Plaintiff, | |
| v. | **ORDER** |
| Paul Schnell and Guy Bosch, | |
| Defendants. | |

This matter comes before the Court upon Magistrate Judge Douglas L. Micko's Report and Recommendation ("R&R") dated December 12, 2023. [ECF No. 75.] Judge Micko recommends that the Court deny Plaintiff Tony Dejuan Jackson's Third Motion for an Emergency Prohibitory Injunction Order and Temporary Restraining Order [ECF. No. 60]. The R&R clearly and precisely sets forth the factual background relevant to Mr. Jackson's third motion for injunctive relief and it is not repeated here. To date, Mr. Jackson has filed no objections the R&R, and the deadline for doing so has long since passed.

The Court reviews *de novo* any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted Cnty.*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b), and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)).

Based on the Court's careful review of the R&R and the record in this case, the Court finds no clear.  Accordingly, **IT IS HEREBY ORDERED** that the Report and Recommendation [ECF. No. 75] is **ACCEPTED** and Plaintiff's Third Motion for an Expedited Preliminary Injunction and Temporary Restraining Order [ECF No. 60] is **DENIED**.

Date: April 12, 2024

*s/Katherine Menendez*
Katherine Menendez
United States District Court